# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARCELL WILLIAMS,<br><br>Petitioner,<br><br>vs.<br><br>TIMOTHY FILSON, *et al.,*<br><br>Respondents. | Case No.: 3:17-CV-00180-RCJ-WGC<br><br><br>**ORDER** |

IT IS HEREBY ORDERED that Petitioner's Motion for Extension of Time to Respond to Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus [First Request] (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that Petitioner shall file his response to Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus (ECF No. 6) on or before Friday, March 30, 2018.

IT IS SO ORDERED this 9th day of March, 2018.

ROBERT C. JONES
Senior District Judge